UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAVIER LOPEZ-FLORES,<br><br>                Defendant. | CASE NO. 12-cr-04732-JLS<br><br>**JUDGMENT OF DISMISSAL** |

12 DEC 19 PM 12:14



DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

      8:1326(a) and (b) - Removed Alien Found in the United States(1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/18/12

Mitchell D. Dembin
U.S. Magistrate Judge